IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CONSOLIDATED HEALTH & WELFARE PLAN,<br><br>Defendants. | Case No. 3:14-cv-00683-bbc<br><br>Hon. Barbara B. Crabb |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff University of Wisconsin Hospital and Clinics Authority ("Plaintiff") and Defendant Bristol-Myers Squibb Consolidated Health & Welfare Plan ("Defendant"), by and through their counsel of record, that the above-captioned case be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).  This dismissal is effective "without a court order."  Fed. R. Civ. P. 41(a)(1)(A).

Dated: December 15, 2014                NEUBERGER, WAKEMAN, LORENZ,
                                        GRIGGS & SWEET


                                        By  s/Nicole Nannette Schrier
                                            Mark S. Sweet
                                            Nicole Nannette Schrier

                                            Attorneys for Plaintiff
                                            University of Wisconsin Hospital
                                            and Clinics Authority

Dated: December 15, 2014						MORGAN, LEWIS & BOCKIUS LLP


						By  s/James P. Walsh, Jr.
						    James P. Walsh, Jr.

						    Attorneys for Defendant
						    Bristol-Myers Squibb
						    Consolidated Health & Welfare Plan


## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was electronically filed with the Clerk of the Court using the Court's CM/ECF, which will send notification to the following:

						Mark S. Sweet
						Nicole Nannette Schrier
						Neuberger, Wakeman, Lorenz, Griggs & Sweet
						136 Hospital Drive
						Watertown, WI 53098
						Brooklyn, NY 11215
						(920) 261-1630
						(920) 261-0339 (fax)
						msweet@nlgslaw.com
						nschrier@nlgslaw.com


						      s/James P. Walsh, Jr.
						    James P. Walsh, Jr.


DB1/ 81545176.1